UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRICK DEVON LEE,

    Plaintiff,

v.

CITY OF LANSING, et al.,

    Defendants.

_____/

Case No. 1:24-cv-483

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant. Defendants filed a Motion to Dismiss (ECF No. 12). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 15) on December 23, 2024, recommending that the motion be granted and the case be dismissed. The Report and Recommendation was duly served on the parties.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 12) is GRANTED for the reasons stated in the Report and Recommendation.

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "not deliverable as addressed," and "unable to forward" (ECF No. 17), and marked "return to sender" and "need prisoner name and/or number" (ECF No. 18). It appears both the name and prisoner number were included on the envelope. Plaintiff has failed to keep the Court apprised of his current address.

2

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated: February 12, 2025                                     /s/ Jane M. Beckering
                                                                             JANE M. BECKERING
                                                                             United States District Judge